UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA – LAFAYETTE DIVISION

| | |
|---|---|
| ELIZABETH T. HICKS,<br>    PLAINTIFF,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br>AND XYZ INSURANCE COMPANY,<br>    DEFENDANTS. | Civil Action No. 6:22-cv-1251<br>Judge: _____<br>Magistrate: _____ |

**NOTICE OF REMOVAL**

NOW INTO COURT, through undersigned counsel, comes Petitioner, Costco Wholesale Corporation (Costco), made a defendant by plaintiff herein, Elizabeth T. Hicks, and files this Notice of Removal pursuant to 28 U.S.C. § 1332, § 1441 and § 1446 and removes this case to federal court based upon diversity of citizenship jurisdiction. Costco further states as follows:

1. On August 12, 2021, Plaintiff Elizabeth T. Hicks filed her Petition for Damages in the Fifteenth Judicial District Court, Lafayette, Louisiana, bearing the caption, Hicks v. Costco Wholesale Corporation, et al., No. C-20214222. See plaintiff's Petition for Damages, part of the state court pleadings attached hereto as **Exhibit A**.

2. Costco Wholesale Corporation was served with process on August 18, 2021, through its Registered Agent for Service of Process, CT Corporation System. **Exhibit A.**

3. Thus, this case is removed less than one year after commencement of the state court action in compliance with 28 U.S.C. § 1446(c).

4. In her petition for damages, plaintiff pleads that she is a resident of the State of Louisiana

and a person of the full age of majority domiciled in the Iberia Parish.  See Petition for Damages, Exhibit A. She alleges that Costco is a foreign corporation authorized and doing business in Louisiana. *Id*.

5. Costco is corporation formed under the laws of the State of Washington, with its principal place of business in Issaquah, Washington. Therefore, Costco is now and has at all relevant times been a citizen of the State of Washington, pursuant to 28 U.S.C. § 1332(c)(1).

6. Thus, there is complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332(a)(1) because the plaintiff is not a citizen of the same state as the sole named defendant, Costco.[1]

7. The United States District Court for the Western District of Louisiana, which is the district court for the United States for the district and division embracing the place where the action is pending, has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

8. In her Petition for Damages, Plaintiff alleges that she sustained injuries after falling over equipment at Costco's property in Lafayette. She alleges that she injured her leg, hand, and other parts of her body.

9. On April 11, 2022, Costco received correspondence from the plaintiff indicating that she is seeking damages well above $75,000, exclusive of interest and costs.

10. This Notice of Removal is being filed within 30 days of receipt of plaintiff's correspondence.

11. Thus, this removal is timely in accordance with 28 U.S.C. § 1441(e)(1)(B)

---

[1] Plaintiff also named "XYZ Insurance Company" as an additional defendant. Costco is self-insured for this alleged loss and thus no insurance company is expected to be named in this lawsuit. Regardless, pursuant to 28 U.S.C. § 1332(c), the addition of an insurance company would not affect diversity jurisdiction.

12. Pursuant to the requirements of 28 U.S.C. § 1446(D), a Notice of Removal, attaching a copy of this notice as an exhibit, will be filed contemporaneously with the Clerk of Court of the Fifteenth Judicial District Court. **Exhibit B**.

13. Costco requests a trial by jury on all issues.

WHEREFORE, Petitioner, Costco Wholesale Corporation, respectfully submits this Notice of Removal of the state court action to this Court and hereby removes the action now pending against it in the Fifteenth Judicial District Court, bearing the caption *Hicks v. Costco Wholesale Corporation, et al.,* No. C-20214222  to this Honorable Court.  Petitioner further respectfully requests all additional relief to which it may be entitled.

>
> Respectfully Submitted,
> Costco Wholesale Corporation,
> By its attorney,
>
> */s/ Elizabeth A. Doubleday*
> _____
> Elizabeth A. Doubleday (#34916)
> COUGHLIN BETKE, LLP
> 175 Federal Street
> Boston, MA 021110
> Tel: (617) 988-8040
> Fax: (617) 988-8005
> Email: edoubleday@coughlinbetke.com

## CERTIFICATE OF SERVICE

      I, Elizabeth A. Doubleday, hereby certify that I have served a copy of the foregoing pleadings on counsel of record in these by email, facsimile transmission and/or United States Mail, postage prepaid, this 9th day of May, 2022, to:

Joseph A. Tabb  
Baudry & Tabb, LLC  
P.O. Box 766  
Franklin, LA 70538  
jtabb.law@gmail.com

                                                         */s/ Elizabeth A. Doubleday*

                                                         Elizabeth A. Doubleday